

**U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**TAWANA C. MARSHALL, CLERK**
**THE DATE OF ENTRY IS**
**ON THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed August 29, 2013**

**United States Bankruptcy Judge**

MOD1 0013.000276

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### ABILENE DIVISION

IN RE:                                    CASE NO: 09-10096-RLJ-13
RICHARD DEE AUSTIN                        DATED: August 26, 2013
PATRICIA PAULINE AUSTIN                   ATTORNEY: MONTE J WHITE & ASSOCIATES PC
                                          HEARING DATE: 8/26/2013 @ 11:00 AM

### ORDER APPROVING  MODIFIED PLAN AND LIMITING NOTICE

On this day came on for consideration the "Modification of Plan After Confirmation and Order Limiting Notice" dated 5/7/2013. The Court finds that notice was and is appropriate under the circumstances, and that the Modification should be APPROVED.

**IT IS THEREFORE ORDERED** that the Modified Plan dated 5/7/2013 be and the same is hereby APPROVED, as stated below:

Debtor's payment is increased to $1,656.00 beginning in August, 2013 for a new base of $79,964.00

in order to pay $2,980.00 of debtor's 2012 tax refund to the Trustee for the benefit of unsecured

creditors per General Order 2010-01.  Unsecured creditors must receive at least $2,980.00 before

debtor is allowed a discharge.

**IT IS FURTHER ORDERED** that 25 days written Notice to the Debtor(s), Attorney for Debtor(s), the Chapter 13 Trustee, and all creditors adversely affected by such modification and opportunity for hearing, is appropriate under the circumstances.

# # #  End of Order # # #

/s/  Walter O'Cheskey
Walter O'Cheskey,Chapter 13 Trustee
6308 Iola Ave., Suite 100,
Lubbock TX 79424